FLEMING & REAVELY, INC., v. No. 350 WEST 38TH ST. CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P, J., Smith, Merrell, McAvoy and Martin, JJ.

STAITI & LINO v. LAWRENCE LAUDISI. In the Matter of the Application of LAWRENCE LAUDISI (IRA G. DARRIN, an Attorney). — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy, and Martin, JJ.

KATE C. GEHAN v. ELLA HACKETT and Another, Individually and as Administratrices, etc., and as Executrices, etc., and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith Merrell, McAvoy and Martin, JJ.

GEORGE TRACY ROGERS and Others v. GEORGE J. GOULD and Others, Impleaded with EDWARD T. JEFFERY.— Motion granted on condition that appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ADELE HIRSCH v. FLORA CAHAN.— Motion granted on condition that appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. NORTHERN TERMINAL CORPORATION and Another. — Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GERTRUDE I. YOUNG v. HAROLD L. YOUNG.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JACOB ROSENFELD v. EMANUEL SCHAUL and Others.—Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HULBERT T. E. BEARDSLEY v. AMERICAN BONDING COMPANY OF BALTIMORE.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOHN J. KANE v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH HILTON, INC., v. BATHOLD REALTY CORPORATION and Another.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of HART P. DANKS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THAMES & MERSEY MARINE INSURANCE COMPANY, LTD., v. DAVIES, TURNER & COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.